**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SEP 1 9 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **4:13CR378 CDP/FRB** |
| ) | |
| v. ) No. | |
| ) | |
| KIMBERLY ELIZABETH HEMMAN, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about July 9, 2013, in the Eastern District of Missouri, the defendant,

**KIMBERLY ELIZABETH HEMMAN,**

having been lawfully confined for a revocation of probation or supervised release on December 31, 2012, to the custody of the Bureau of Prisons for ten months, did unlawfully escape from such custody when after being granted an unescorted furlough permitting her to travel from the Federal Correctional Institution located in Waseca, Minnesota to the Residential Re-entry Center located at 1727 Locust Street, St. Louis, Missouri by July 2, 2013 at 2 p.m. traveled throughout the St. Louis Metropolitan area between on or about July 4, 2013 and on or about July 9, 2013 when she was found in the company of a convicted felon.

In violation of Title 18, United States Code, Sections 751(a) and 4082.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney